# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

USA

      VS.                                   CV. NO. 3:00CR227(SRU)

FELIX DEJESUS                 USCA NO. 02-1543

## INDEX TO THE SECOND SUPPLEMENTAL RECORD ON APPEAL

Doc. Nos. 911, 1024, 1039