UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIM. NO. 3:00cr227SRU) |
| V. | : | |
| FELIX DEJESUS | : | JANUARY 9, 2006 |

## DEFENDANT'S MOTION FOR EXTENSION OF TIME

Defendant Felix DeJesus hereby moves for a two week extension of time to submit a written Memorandum on the question of re-sentencing following the remand of this case from the Second Circuit pursuant to *USA v. Crosby*, 397 F.3d 103 (2nd Cir. 2005). In support of this motion, the undersigned represents the following:

1. The defendant was convicted of narcotics offenses following a jury trial in March 2002.

2. In September 2002, the defendant was sentenced to a term of imprisonment of 30 years.

3. The defendant appealed the conviction and the sentence. On November 29, 2005, the Second Circuit Court of Appeals affirmed the conviction but remanded the case to the District Court for further sentencing proceedings pursuant to *USA v. Crosby*, 397 F.3d 103 (2nd Cir. 2005).

4. On or about December 6, 2005, the District Court issued an order directing that any written memoranda on the question of re-sentencing be submitted to the Court on or before January 6, 2006.

5. Defense counsel intends to submit a written memorandum to the Court and requests a short extension of time to do so. The memorandum is partially

drafted but additional time is required to review the record of the original sentencing proceedings and to conduct additional legal research.

6. Government counsel has been consulted regarding the requested extension of time and the Government has no objection to the request.

7. This is the defendant's first request for an extension of time with respect to this filing deadline.

WHEREFORE, defendant Felix DeJesus respectfully requests that the time for the defendant to submit a written Memorandum being extended to and including January 20, 2006.

THE DEFENDANT:

By_____
Dan E. LaBelle of
HALLORAN & SAGE LLP
Fed. Bar #ct 1984
315 Post Road West
Westport, CT 06880
(203) 227-2855
labelle@halloran-sage.com

## Certification of Service

This is to certify that on this 9th day of January, 2006, a copy of the foregoing Motion for Extension of Time was delivered by hand to the following counsel of record:

Alex Hernandez, Esq.
Alina Reynolds, Esq.
Assistant U.S. Attorneys
Lafayette Boulevard
Bridgeport, CT


_____
Dan E. LaBelle