Local Criminal Notice of Appeal Form.

**NOTICE OF APPEAL**
**United States District Court**

District of __CONNECTICUT__

FILED
2007 MAY -4 P 2:03
US DISTRICT COURT

UNITED STATES

FELIX DEJESUS

Docket No.: __3:00cr227__

HON. STEFAN UNDERHILL
(District Court Judge)

Notice is hereby given that __FELIX DEJESUS__ appeals to the United States Court of Appeals for the Second Circuit from the judgment [ ], other [ ] __RULING AND ORDER REGARDING CROSBY REMAND__
(specify)

entered in this action on __4/30/07__
(date)

Offense occurred after November 1, 1987    Yes [XX]    No [ ]

This appeal concerns: Conviction only [ ]    Sentence only [XX]    Conviction and Sentence [ ]

Date __MAY 3, 2007__

TO

ALEX V. HERNANDEZ, ESQ.
ALINA MARQUEZ REYNOLDS, ESQ.
ASST. U.S. ATTORNEYS
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604
ADD ADDITIONAL PAGE (IF NECESSARY)

DAN E. LABELLE
(Counsel for Appellant)
Address    HALLORAN & SAGE
315 POST ROAD WEST
WESTPORT, CT 06880
Telephone Number: (203) 227-2855

**TO BE COMPLETED BY ATTORNEY**

► **QUESTIONNAIRE**

[ ___ ] I am ordering a transcript
[ XX ] I am not ordering a transcript
Reason
[ ___ ] Daily copy is available
[ ___ ] U.S. Attorney has placed order
[ XX ] Other. Attach explanation

**TRANSCRIPT INFORMATION - FORM B**

► **TRANSCRIPT ORDER**

Prepare transcript of
[ ___ ] Prepare proceedings
[ ___ ] Trial
[ ___ ] Sentencing
[ ___ ] Post-trial proceedings

► DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE)

Dates

The attorney certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b)). ►
Method of payment [ ] Funds [ ] CJA Form 24 [ ___ ]

ATTORNEY'S SIGNATURE    DATE  4 May 2007

► **COURT REPORTER ACKNOWLEDGMENT**    To be completed by Court Reporter and forwarded to Court of Appeals.

Date order received    Estimated completion date    Estimated number of pages

Date _____    Signature _____
(Court Reporter)

**DISTRIBUTE COPIES TO THE FOLLOWING:**

1. Original to U.S. District Court (Appeals Clerk).
2. Copy U.S. Attorney's Office.
3. Copy to Defendant's Attorney
4. U.S. Court of Appeals
5. Court Reporter (District Court)

USCA-2
FORM A REV. 8-05

EXPLANATION REGARDING TRANSCRIPT:

NO TRANSCRIPT IS BEING ORDERED BECAUSE NO EVIDENTIARY HEARING OR ORAL ARGUMENT WAS HELD IN CONNECTION WITH THE ORDER APPEALED FROM.